UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFERSON DAVID FUENTES
MARTINEZ,

     Petitioner,

v.                                                            Case No: 6:26-cv-925-JSS-LHP

ACTING DIRECTOR-ICE TODD
LYONS, SECRETARY
MARKWAYNE MULLIN, TODD
BLANCHE, GARRETT RIPA,
JOSEPH DEMORE, US
IMMIGRATION AND CUSTOMS
ENFORCEMENT, and
DEPARTMENT OF HOMELAND
SECURITY,

     Respondents.
_____/

## ORDER

Petitioner, Jefferson David Fuentes Martinez, initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. 1.) According to the verified petition, Petitioner "is a native and citizen of Honduras, who has been living in the United States since . . . about 2024." (*Id.* at 5.) Petitioner has a pending asylum application and authorization to work in this country. (*See id.*)

Earlier this month, Petitioner was purportedly "arrested for driving without a valid license." (*Id.*) Although he was supposed to be released on April 27, 2026, he remains detained pursuant to an Immigration and Customs Enforcement (ICE)

detainer.  (*See id.* at 6.)  Petitioner contends that his continued detention violates the Fourth and Fifth Amendments to the United States Constitution, as he was not arrested pursuant to a warrant.  (*See id.* at 1, 5, 21–22.)  Accordingly, Petitioner asks this court to issue a writ of habeas corpus granting his immediate release from the Volusia County Jail.  (*See id*. at 22–23.)

Petitioner also asks the court to order Respondents to show cause why he should not be released within three days.  (*See id.* at 2.)  To be sure, federal law provides that a writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."  28 U.S.C. § 2243.  Even so, courts retain discretionary authority to set deadlines under Rule 4 of the Rules Governing Section 2254 Cases.  *See Bleitner v. Welborn*, 15 F.3d 652, 653 (7th Cir. 1994) (explaining that Rule 4 of the Rules Governing Section 2254 Cases has the "force of a superseding statute," loosening the deadlines in section 2243 and thereby allowing district courts "to fix the deadline" to respond); *Baker v. Middlebrooks*, No. 5:08CV44-RS-MD, 2008 WL 938725, at *1 (N.D. Fla. Apr. 8, 2008) (concluding that the strict time limit prescribed by section 2243 is "subordinate to the district court's discretionary authority to set deadlines under Rule 4 of the Rules Governing [Section] 2254 Cases." (collecting cases)); *see also Annamalai v. Warden*, 760 F. App'x 843, 849 (11th Cir. 2019) ("Proceedings in [section] 2241 petitions are governed by the Rules Governing Section 2254 Cases in the United States District Courts.").  Because Petitioner has not demonstrated exigent circumstances—beyond those of other habeas corpus petitioners—that would warrant a change in the response deadline, (*see* Dkt.

1), the court will not order Respondents to respond within three days.  That said, the court will direct Respondents to file an expedited response to the petition.

Accordingly:

1.    The Clerk is **DIRECTED** to send a copy of this order, the petition (Dkt. 1), and all attachments to the petition **electronically** to the United States Attorney for the Middle District of Florida and by **certified mail** to (1) Markwayne Mullin, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485; (2) Garrett Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324; and (3) the Warden of the Volusia County jail.  All costs of service shall be advanced by the United States.

2.    By noon on May 6, 2026, Respondents shall respond to all allegations, grounds, and arguments asserted in the petition and show cause why the petition should not be granted.

 **ORDERED** in Orlando, Florida, on April 30, 2026.

_____

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
USAFLM.Orlando2241@usdoj.gov

- 3 -